614

437 A.2d 1032

Commonwealth v. Homsher, Appellant.

Submitted March 21, 1980. Stanley Bashman, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

437 A.2d 1032

Commonwealth v. Kelly, Appellant.

Submitted March 4, 1981. Stanley M. Vasiliadis, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.